UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

**UNITED STATES OF AMERICA,**

vs.

**TIMOTHY JACKSON, JR, a/k/a
T a/k/a T-Rock, GARY FULLER,
a/k/a G**

           Defendants.

AMENDED
**DEFENDANT'S DECLARATION**
#25-cr-06083

---

Timothy Jackson, Jr. hereby declares, pursuant to 28 U.S.C. Section 1746(2) that :

1. I am the defendant in the above-captioned matter.

2. I have reviewed the Notice of Ommibus Motion and declaration of my attorney, Maurice J. Verrillo and approve of its contents.

3. As of January 2024, one of my addresses where I resided was 45 Willmont Street in Rochester, New York. On or about January 17, 2024, law enforcement arrested me and conducted a search of the residence, including the bedroom where I was staying. Said search included sums of currency, a weapon, ammunition, my cell phone and other property.

4. I had a Pathways to Peace cell phone #353-8625 which was tapped by law enforcement but no records provided relative to that phone. Cell phone #730-2753 which was not wiretapped. Cell phone #664-6577 which was wiretapped. A T Mobile phone which was not wiretapped; 2 phones in the Chevy Tahoo and 1 phone in my personal bag with these 3 phones not being operational.

5. I had the use and enjoyment of two vehicles during the applicable time period: 2005 F-150 and 2017 Chevy Tahoe. I was the registered owner of the Ford F-150. My father authorized me to drive and I did drive the 2017 Chevy Tahoe. I was a

named insured on both vehicles.

6. Said items were retrieved during said search. I was not served with a copy of the search warrant or any attachments at the time of the search nor was any other resident of the household .

7. Law enforcement also searched my vehicles being a 2005 Ford F-150 and 2017 Chevy Tahoe. I wish to contest the lawfulness of any searches at my residence, my vehicles, and any other searched conducted by law enforcement.

8. Subsequent to my arrest, I was brought to a conference room for questioning by law enforcement, resulting in a video of my interview. I was picked up by the police where they forcibly entered the residence at 45 Willmont Street and had no advance notice of their arrival. This occurred in the middle of winter and I was placed in police custody shortly after their arrival into the residence.

9. Any statements alleged to have been made by me while in custody were not freely and voluntarily made but as a result of pressure and compulsion by law enforcement. I felt threatened and violated by the heavy handed tactics of law enforcement towards me on this date.

10. I acknowledge that the statements contained in this amended declaration are true and correct to the best of my knowledge.

LAW OFFICES OF
MAURICE J. VERRILLO, P.C.

3300 MONROE AVENUE, SUITE 301
ROCHESTER, NY 14618

(585) 232-2640

WHEREFORE, the defendant Timothy Jackson, Jr. respectfully requests that my omnibus motion filed in this case be granted in its entirety.

Declared this 16th day of October, 2025.

_____
Timothy Jackson, Jr.

LAW OFFICES OF
MAURICE J. VERRILLO, P.C.

3300 MONROE AVENUE, SUITE 301
ROCHESTER, NY 14618

(585) 232-2640